UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 08-412-M-01 |
| | : | |
| v. | : | |
| | : | |
| KEVIN NOBLETTE, | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Karla-Dee Clark, Bar Number 435782, telephone number (202) 305-1368 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/S/_____
Karla-Dee Clark
ASSISTANT UNITED STATES ATTORNEY
Bar No. 435782
555 4th Street, N.W., Room 4846
Washington, DC 20530
(202) 305-1368